1

2

3

4

5

6

7

8                                    UNITED STATES DISTRICT COURT

9                              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    MICHAEL MITCHELL,                              Case No.   1:20-cv-00274-JDP (HC)

12                          Petitioner,              ORDER TRANSFERRING CASE TO THE
                                                     UNITED STATES DISTRICT COURT FOR
13              v.                                   THE CENTRAL DISTRICT OF CALIFORNIA

14
      C. PFEIFFER,
15
                          Respondent.
16

17

18              Petitioner Michael Mitchell, a state prisoner without counsel, seeks a writ of habeas

19    corpus under 28 U.S.C. § 2241.  ECF No. 1.  The petitioner is challenging a conviction from San

20    Bernardino County, which is in the Eastern Division of the Central District of California.  *Id.*

21    Petitioner is currently incarcerated in Kern County, which is part of the Fresno Division of this

22    court.  Under 28 U.S.C. § 2241(d), venue is proper in the judicial district where the petitioner was

23    convicted or the judicial district where petitioner is incarcerated.  Therefore, both the Central

24    District of California and the Eastern District of California have concurrent jurisdiction.  *See*

25    28 U.S.C. § 2241(d).  Pursuant to Local Rule 120(f), a civil action that has not been commenced

26    in the appropriate court may, on the court's own motion, be transferred.  Because petitioner is

27    attacking the validity of his San Bernardino County conviction, we will transfer this case to the

28    Central District of California for the ease and convenience of the parties and the court.  *See id.*

                                                      1

**Order**

    1.  This action is transferred to the Eastern Division of the United States District Court for the Central District of California;

    2.  The court has not ruled on petitioner's motion for counsel, ECF No. 2, and motion to proceed in forma pauperis, ECF No. 3; and

    3.  All future filings shall reference the new case number assigned and shall be filed at:

                    United States District Court
                    Central District of California
                    Eastern Division
                    3470 Twelfth Street
                    Riverside, CA 92501-3801

IT IS SO ORDERED.

Dated:   February 26, 2020                            
                                      UNITED STATES MAGISTRATE JUDGE

No. 206.