# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL MITCHELL, | Case No. ED CV 20-401 MWF (MRW) |
| Petitioner, | |
| v. | JUDGMENT |
| C. PFEIFFER, Warden, | |
| Respondent. | |

Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that the action is dismissed with prejudice.

DATE: March 29, 2021

_____
MICHAEL W. FITZGERALD
UNITED STATES DISTRICT JUDGE